IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC. | : | NO.  13-2217 |

# **O R D E R**

AND NOW, this 24th day of July, 2013, this matter having been referred to me by the Honorable Timothy J. Savage for settlement discussions, it is hereby **ORDERED** that:

I will hold a **settlement conference** on **August 20, 2013 at 11:00 a.m.** in Courtroom 7 (Court of Appeals Courtroom), Robert N.C. Nix Building, **900 Market Street,** Philadelphia, PA 19107.  **Counsel and clients with full settlement authority must be present during the August 20, 2013 settlement conference**.   All participants are to report to the call box for M. Faith Angell on the second floor, before going to Courtroom 7.

BY THE COURT:

 S/M. FAITH ANGELL
 M. FAITH ANGELL
 UNITED STATES MAGISTRATE JUDGE

By e-mail to:
the Honorable Timothy J. Savage
Craig T. Kimmel, Esq.			kimmel@creditlaw.com
Joseph L. Gentilcore, Esq.			jgentilcore@creditlaw.com
Tara L. Patterson, Esq.			tpatterson@creditlaw.com
Ross S. Enders, Esq.			renders@sessions-law.biz